

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-21-00045-CV

**IN THE INTEREST OF S. M.W., ET AL CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00394
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The clerk's record was due February 22, 2021, but was not filed. On February 22, 2021, the district clerk filed a notification of late record, requesting an extension of eight days to file the record. We **GRANT** the district clerk's request for an extension of time and **ORDER** the district clerk to file the clerk's record in this court **by March 2, 2021**. The district clerk is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. Further extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court